**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1068

VICTORIA NWAOBASI,

Plaintiff - Appellant,

versus

PRINCE GEORGE'S COUNTY, MARYLAND; R. FOX, #1414,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-97-397-PJM)

Submitted: July 22, 1998          Decided: August 5, 1998

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victoria Nwaobasi, Appellant Pro Se. John Anthony Bielec, COUNTY ATTORNEY'S OFFICE, Upper Marlboro, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victoria Nwaobasi appeals from the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Nwaobasi v. Prince George's County</u>, No. CA-97-397-PJM (D. Md. Dec. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>